**E-Filed 12/23/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GUO JING, a/k/a QUO JING, and DUO FEI, individually and jointly a/k/a YANG YANG a/k/a/ PERSAUD TINA a/k/a LIN NIMA a/ka/ PIAONIMA, and DOES 1-10,<br><br>    Defendants. | Case Number C 09-5809 JF<br><br>**ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER AND GRANTING HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Re: Docket Nos. 13, 14 |

    Presently before the Court is Plaintiff's Application for Entry of a Temporary Restraining Order ("TRO") and Order to Show Cause ("OSC") why a Preliminary Injunction should not issue. Plaintiff moves the Court to enter a temporary restraining order (1) prohibiting Defendants from manufacturing, importing, advertising, promoting, offering to sell, selling, distributing transferring, or continuing to operate websites[1] that allegedly sell counterfeit versions of Plaintiff's popular luxury products, including handbags, shoes, sunglasses, and watches, (2) preventing Defendants from transferring ownership of domain names during the

---

[1] Plaintiff alleges that Defendants operate their websites under many different domain names. *See* Declaration of Stephen M. Gaffigan ¶ 2, Declaration of Stacy Feldman ¶ 8.

pendency of this Action, (2) requiring third party registrars to deposit domain name certificates with the Court, and (3) requiring a third party registry in the United States to place the domain names on "hold" status. ([Proposed] Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction Should not Issue at 2-4, Docket Item No. 19.)

Upon review of the Complaint and TRO Application, the Court finds insufficient basis for enjoining Defendants at this time, particularly in light of unanswered questions regarding the Court's personal jurisdiction over Defendants. Accordingly, the Court DENIES Plaintiff's TRO Application. However, the Court recognizes Plaintiff's need for expedient relief. Thus, the Court GRANTS Plaintiff's application for a hearing on an order to show why a preliminary injunction should not issue. The motion is set for hearing on January 29, 2010 at 9:00 a.m. Plaintiff may file a supplemental brief, if any, in support of its motion for preliminary injunction on or before December 30, 2009. On or before January 15, 2010, Defendants shall file an Opposition, if any, to this Order setting forth any reasons why a preliminary injunction should not be entered against Defendants. On or before January 22, 2010, Plaintiff shall file its Reply, if any, or supplement briefing regarding the Court's jurisdiction over Defendants.

**IT IS SO ORDERED.**

DATED: 12/23/09

_____
JUDGE JAMES WARE FOR
JUDGE JEREMY FOGEL
United States District Judge