KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone:    (954) 767-4819
Facsimile:    (954) 767-4821

Attorneys for Plaintiff Gucci America, Inc.

**E-Filed 1/26/2010**

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation,<br><br>            Plaintiff,<br>v.<br><br>GUO JING a/k/a QUO JING, and DUO FEI, individually and jointly a/k/a YANG YANG a/k/a PERSAUD TINA a/k/a LIN NIMA a/k/a PIAONIMA, and DOES 1-10,<br><br>            Defendants. | Case No. CV09-5809 JF<br><br>ORDER GRANTING **PLAINTIFF'S REQUEST TO CONTINUE HEARING ON OSC RE PRELIMINARY INJUNCTION**<br><br>**Current Hearing Date:**<br>**January 29, 2010**<br>**Current Hearing Time:**<br>**9:00 a.m.** |

Plaintiff, Gucci America, Inc. ("Gucci"), by and through its undersigned counsel, hereby requests as follows:

WHEREAS, the Court granted Gucci's Application for a hearing on an order to show cause why a preliminary injunction should not issue in the above-captioned matter, and set a hearing date for January 29, 2010 at 9:00 a.m. (*See* e-docket no. 32).

WHEREAS, Gucci served Defendants with the Summons and Complaint via alternative service per Court Order on January 11, 2010. (*See* e-docket nos. 38, 39).

1

1     WHEREAS, Defendants will be in default as of February 1, 2010, at which time, Gucci
2 intends to request entry of default against Defendants, and will thereafter file a Motion for Final
3 Default Judgment and for Permanent Injunction.
4     WHEREAS, Gucci anticipates that Defendants will be in default as of February 1, 2010.
5     WHEREAS, there have been no prior continuances requested by the Gucci and
6     NOW, THEREFORE, in order to avoid the Court's resources and time, Gucci respectfully
7 requests that the hearing on the OSC re Preliminary Injunction be continued for six to eight weeks
8 and be heard at the same time that Plaintiff schedules its Motion for Final Default Judgment.

10     Respectfully submitted,
11 Dated: January 25, 2010                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/S/_____
ANNE E. KEARNS
Attorneys for Plaintiff Gucci America, Inc.

18 Plaintiff's motion is GRANTED.  The hearing on the OSC re Preliminary Injunction is
19 CONTINUED to April 2, 2010 at 9:00 a.m.
21 Dated: January 26, 2010

_____
JEREMY FOGEL
United States District Judge