KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiff Gucci America, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GUO JING a/k/a QUO JING, and DUO FEI, individually and jointly a/k/a YANG YANG a/k/a PERSAUD TINA a/k/a LIN NIMA a/k/a PIAONIMA, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV09-5809 JF<br><br>**PERMANENT INJUNCTION** |

　　　　THIS MATTER having come before the Court upon Plaintiff, Gucci America, Inc.'s ("Gucci" or "Plaintiff") Motion for Final Default Judgment against Defendants Guo Jing a/k/a Quo Jing ("Jing") and Duo Fei ("Fei"), individually and jointly a/k/a Yang Yang a/k/a Persaud Tina a/k/a Lin Nima a/k/a Piaonima (collectively the "Defendants"), individually and jointly, d/b/a airjordansfocus.com, cooginike.com, guccioutlet.us, guccioutletmall.com, handbagfavor.com, happyjordans.com, happyjordanscom.com, jordanseller.com, jordanshoes.hk, max-gucci.com, offerjordan.com, offerjordancom.com, placeyourshoes.com, supershoezone.com, thecoldestjordan.com, and tojordans.com, the Court having granted the Motion does hereby:

1

1   ORDER AND ADJUDGE that Jing and Fei, and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby permanently restrained and enjoined from:

(a)   manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Gucci Marks;

(b)   using the Gucci Marks in connection with the sale of any unauthorized goods;

(c)   using any logo, and/or layout which may be calculated to falsely advertise the services or products of Jing, Fei, airjordansfocus.com, cooginike.com, guccioutlet.us, guccioutletmall.com, handbagfavor.com, happyjordans.com, happyjordanscom.com, jordanseller.com, jordanshoes.hk, max-gucci.com, offerjordan.com, offerjordancom.com, placeyourshoes.com, supershoezone.com, thecoldestjordan.com, tojordans.com, and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Gucci;

(d)   falsely representing themselves as being connected with Gucci, through sponsorship or association;

(e)   engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Jing, Fei, airjordansfocus.com, cooginike.com, guccioutlet.us, guccioutletmall.com, handbagfavor.com, happyjordans.com, happyjordanscom.com, jordanseller.com, jordanshoes.hk, max-gucci.com, offerjordan.com, offerjordancom.com, placeyourshoes.com, supershoezone.com, thecoldestjordan.com, tojordans.com, and/or any other website or business, are in any way endorsed by, approved by, and/or associated with Gucci;

(f)   using any reproduction, counterfeit, copy, or colorable imitation of the Gucci Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Jing, Fei, airjordansfocus.com, cooginike.com, guccioutlet.us, guccioutletmall.com, handbagfavor.com, happyjordans.com, happyjordanscom.com, jordanseller.com, jordanshoes.hk, max-gucci.com, offerjordan.com, offerjordancom.com, placeyourshoes.com, supershoezone.com, thecoldestjordan.com, tojordans.com, and/or any other website or business, including, without

limitation, footwear, shirts, bathing suits, belts, sunglasses, handbags, and hats;

(g) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods by Jing, Fei, airjordansfocus.com, cooginike.com, guccioutlet.us, guccioutletmall.com, handbagfavor.com, happyjordans.com, happyjordanscom.com, jordanseller.com, jordanshoes.hk, max-gucci.com, offerjordan.com, offerjordancom.com, placeyourshoes.com, supershoezone.com, thecoldestjordan.com, tojordans.com, and/or any other website or business, as being those of Gucci or in any way endorsed by Gucci;

(h) offering such goods in commerce;

(i) otherwise unfairly competing with Gucci;

(j) secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Gucci; and

(k) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

FURTHER ORDER AND ADJUDGE: upon Plaintiff's request, Defendants, those acting in concert with them, and those with notice of the injunction, including any Internet search engines, Web hosts, domain-name registrars and domain-name registries that are provided with notice of the injunction, shall be and are hereby restrained and enjoined from facilitating access to any or all websites through which Defendants engage in the sale of counterfeit and infringing goods using the Gucci Marks.

IT IS SO ORDERED

Dated: 3-30-2010

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE