KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*Pro Hac Vice*) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiff Gucci America, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUCCI AMERICA, INC., a New York corporation, | ) ) ) | Case No. CV09-5809 JF |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GUO JING a/k/a QUO JING, and DUO FEI, individually and jointly a/k/a YANG YANG a/k/a PERSAUD TINA a/k/a LIN NIMA a/k/a PIAONIMA, and DOES 1-10, | ) ) ) ) ) ) | **DEFAULT JUDGMENT** |
| Defendants. | ) ) | |

THIS MATTER having come before the Court upon Plaintiff, Gucci America, Inc.'s

("Gucci" or "Plaintiff") Motion for Final Default Judgment against Defendants Guo Jing a/k/a Quo

Jing ("Jing") and Duo Fei ("Fei"), individually and jointly a/k/a Yang Yang a/k/a Persaud Tina a/k/a

Lin Nima a/k/a Piaonima (collectively the "Defendants"), individually and jointly, d/b/a

airjordansfocus.com, cooginike.com, guccioutlet.us, guccioutletmall.com, handbagfavor.com,

1

happyjordans.com, happyjordanscom.com, jordanseller.com, jordanshoes.hk, max-gucci.com, offerjordan.com, offerjordancom.com, placeyourshoes.com, supershoezone.com, thecoldestjordan.com, and tojordans.com, and the Court having considered the moving papers and there being no opposition thereto;

IT IS HEREBY ORDERED that Plaintiff's Motion for Final Default Judgment is GRANTED, and judgment is entered in favor of Plaintiff, Gucci America, Inc, a New York corporation, with its principal place of business in the United States located at 685 Fifth Avenue, New York, New York 10022, and against Defendants Jing and Fei, individually and jointly;

IT IS FURTHER ORDERED AND ADJUDGED:

1. Pursuant to 15 U.S.C. § 1117(c) Gucci is awarded statutory damages against Defendants Jing and Fei, individually and jointly, in the amount of Four Hundred and Twenty Thousand Dollars and Zero Cents ($420,000.00), for which let execution issue;

2. Pursuant to 15 U.S.C. § 1117(d) Gucci is awarded statutory damages against Defendants Jing and Fei, individually and jointly, in the amount of One Hundred and Fifty Thousand Dollars and Zero Cents ($150,000.00), for which let execution issue;

3. Gucci is awarded costs against Defendants Jing and Fei, individually and jointly, in the amount of Six Hundred and Fifty Dollars and Zero Cents ($650.00), for which let execution issue;

4. Interest from the date this action was filed shall accrue at the legal rate.

5. In order to give practical effect to the Permanent Injunction, the domain names airjordansfocus.com, cooginike.com, guccioutlet.us, guccioutletmall.com, handbagfavor.com, happyjordans.com, happyjordanscom.com, jordanseller.com, jordanshoes.hk, max-gucci.com, offerjordan.com, offerjordancom.com, placeyourshoes.com, supershoezone.com, thecoldestjordan.com, and tojordans.com are hereby ordered to be immediately transferred by the Defendants, their assignees and/or successors in interest or title, and the Registrar to Plaintiff's control. To the extent the current Registrar does not facilitate the transfer of the domain names to Plaintiff's control within ten (10) days of receipt of this judgment, the United States based Registry

2

shall, within thirty (30) days, transfer the domain names to a United States based Registrar of Plaintiff's choosing, and that Registrar shall transfer the domain names to Plaintiff; and

6. Upon Plaintiff's request, the top level domain (TLD) Registries for the Subject Domain Names, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status, thus removing them from the TLD zone files maintained by the Registry which link the Subject Domain Name to the IP address where the associated website is hosted.

IT IS SO ORDERED

Dated: _____3-30-2010_____

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE